## PEOPLE *v.* JONES

Appeal from Wayne, Edward S. Piggins, J. Submitted Division 3 January 6, 1970, at Grand Rapids. (Docket No. 6,423.) Decided January 27, 1970.

Willie James Jones was convicted of attempted uttering and publishing. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Koscinski,* for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

PER CURIAM. The defendant pleaded guilty to attempted uttering and publishing* and appeals. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

A review of the briefs and record in this cause makes it manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.

---

* MCLA § 750.249 (Stat Ann 1962 Rev § 28.446); MCLA § 750.92 (Stat Ann 1962 Rev § 28.287).